[No. 44977-0-I.   Division One.   June 19, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN WHEELER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-01231-1, Janice Niemi, J., entered July 14, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44787-4-I.   Division One.   June 19, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCUS DEWAYNE WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-07605-1, Sharon S. Armstrong, J., entered June 14, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44103-5-I.   Division One.   June 19, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ALVIN F. CULTEE, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 96-1-00943-4, David A. Nichols, J., entered February 4, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44237-6-I.   Division One.   June 19, 2000.]

CALEB PAPINEAU, *Appellant*, v. ASSOCIATED STUDENTS OF WESTERN WASHINGTON UNIVERSITY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 98-2-01521-3, Steven J. Mura, J., entered February 12, 1999. *Affirmed* by unpublished opinion per Agid, C.J., concurred in by Coleman and Webster, JJ.